People v Haskins (2024 NY Slip Op 04828)

People v Haskins

2024 NY Slip Op 04828

Decided on October 03, 2024

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: October 03, 2024

Before: Kern, J.P., Oing, Kapnick, Kennedy, Shulman, JJ. 

SCI No. 0046/20 Appeal No. 2682 Case No. 2022-01049 

[*1]The People of the State of New York, Respondent,
v
Devinier Haskins, Defendant-Appellant.

Twyla Carter, The Legal Aid Society, New York (Mary-Kathryn Smith of counsel), for appellant.
Darcel D. Clark, District Attorney, Bronx (Jonathan Sclar of counsel), for respondent.

Order, Supreme Court, Bronx County (Nicholas Iacovetta, J., at plea, Judith Lieb, J. at sentencing), rendered April 19, 2021, convicting defendant of criminal impersonation in the first degree and sentencing him to a jail term of six months, unanimously affirmed.
Defendant made a valid waiver of his right to appeal (see People v Thomas, 34 NY3d 545 [2019], cert denied 589 US —&mdash, 140 S Ct 2634 [2020]). The combination of the court's oral colloquy with defendant, during which the court took the time to provide straightforward explanations for what defendant was waiving, how it differed from his trial waiver, and the rights that survived the appeal waiver, together with the detailed written waiver that he signed after consultation with counsel satisfied the requirements of a valid waiver. This waiver forecloses review of defendant's challenge to the issuance of an order of protection (see People v Rivera, 212 AD3d 471 [1st Dept 2023], lv denied 39 NY3d 1113 [2023]; People v Frasqueri, 193 AD3d 464 [1st Dept 2021], lv denied 37 NY3d 965 [2021]).
Regardless of whether defendant made a valid waiver of his right to appeal, he failed to preserve his challenge to the order of protection (see People v Nieves, 2 NY3d 310, 315-317 [2004]; People v Key, 222 AD3d 536 [1st Dept 2023], lv denied 41 NY3d 943 [2024]; People v Rivera, 212 AD3d at 471), despite opportunities to do so at the plea and sentencing proceedings, and we decline to review his claim in the interest of justice.
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: October 3, 2024